# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **BETTY LINETT** individually, and on behalf of all others similarly situated, 7037 Oak Glen Drive, Hughesville, MD 20637 <br><br> *Plaintiff,* <br><br> *v.* <br><br> **CWPVA INC. d/b/a HOME GENIUS EXTERIORS,** 8201 Corporate Drive Hyattsville, MD 20785 <br><br> *Defendant.* | Case No. 8:24-cv-03305 |

## <u>NOTICE OF DISMISSAL WITH PREJUDICE</u>

Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41.

RESPECTFULLY SUBMITTED AND DATED this 9th day of December, 2024.

Approved this 15th day of January, 2025.

<u>/s/ Lydia Kay Griggsby</u>
LYDIA KAY GRIGGSBY
United States District Court

*s/ Anthony I. Paronich*_____
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com